DAISY ROTH, Respondent, v. AARON ROTH, Appellant.— The action is upon a note for $5,000, executed by defendant to plaintiff prior to their marriage. Plaintiff obtained a judgment against defendant by default and defendant moved to open his default in answering and to vacate the judgment, claiming that he had not been served with the summons and complaint. The motion was granted on condition that defendant file an undertaking conditioned for the payment to plaintiff of any judgment that may be recovered by her. Order dated December 5, 1945, granting reargument and upon reargument adhering to the original decision which granted defendant's motion to open his default and to vacate the judgment upon condition that he file an undertaking in the sum of $5,000, affirmed, with $10 costs and disbursements. No opinion. Appeal from order dated October 30, 1945, dismissed, without costs. Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ., concur.

### (February 18, 1946.)

GREER-OLAER CORPORATION et al., Appellants, v. HUB INDUSTRIES, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ. [See *ante*, p. 771.]

HIGHMOUNT APARTMENTS, INC., Respondent, v. VICTOR SILBER, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ.

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY et al., as Trustees under the Will of JACOB P. BAITER, Deceased, Respondents. KATHRYN F. EVANS, Respondent; HOUSTON V. EVANS, JR., et al., Infants, by RUSSELL P. KOEHLER, Their Special Guardian, Appellants.— Motion for leave to appeal to the Court of Appeals granted. The following questions are certified: (1) Is there a valid exercise of the power of appointment under paragraph 2 and subdivisions (a), (b), (c), (d), (e) and (f) of said paragraph 2 of the fourth clause of the last will and testament of Gertrude Baiter Field, deceased, of one half of the trust fund created under the last will and testament of Jacob P. Baiter, deceased, for the benefit of said Gertrude Baiter Field? (2) Shall the determination of the validity of the remainder gifts under the exercise of such power of appointment be deferred until after the death of Kathryn Field Evans, the life tenant? Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ. [See 269 App. Div. 903.]

In the Matter of FRANK OSTROVE et al., Petitioners, against JACK COHEN et al., Constituting the Board of Appeals of the City of Long Beach, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ. [See 269 App. Div. 1054.]